

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00219-CV

LUMBERMENS MUTUAL CASUALTY COMPANY
v.
NOE PORTILLO

On Appeal from the
of Hidalgo County, Texas
Trial Cause No. C-1402-05-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that Portillo's impairment rating is ten percent. No costs are assessed against the appellant.

We further order this decision certified below for observance.

October 9, 2014